UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 18-246-KK | Date: | June 8, 2018 |

Title: *Naif Fahid Al Owaidah v. Raymond Mazzei, et al.*

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders

On February 1, 2018, Plaintiff Naif Fahid Al Owaidah ("Plaintiff") filed a Complaint against Defendant Raymond Mazzei, individually and doing business as Furiouso Farm ("Defendant") setting forth three causes of action for breach of contract, unjust enrichment, and money had and recieved. ECF Docket No. ("Dkt.") 1. On May 14, 2018, Defendant filed an Answer. Dkt. 13.

On May 15, 2018, the Court issued an Order Setting a Scheduling Conference on June 21, 2018. Dkt. 14. In addition, the parties were ordered to file a Joint Rule 26(f) Report "not later than 14 days before the scheduling conference." Id. at 2:25-26.

The parties' Joint Rule 26(f) Report was, thus, due on June 7, 2018. The parties have failed to file a Joint Rule 26(f) Report. The parties are therefore in violation of the May 15, 2018 Order.

Consequently, under Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for lack of prosecution or for failure to comply with any court order. See Fed. R. Civ. P. 41(b). However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain his failure to file the required report as directed by this Court's May 15, 2018 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have **up to and including June 13, 2018** to respond to this Order. Plaintiff may discharge this Order to Show Cause by filing the required Rule 26(f) Report **by June 13, 2018**.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.** See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**