UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 18-246-KK** | Date: | December 17, 2018 |
|---|---|---|---|

| Title: | *Naif Fahid Al Owaidah v. Raymond Mazzei, et al.* |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On February 1, 2018, Plaintiff Naif Fahid Al Owaidah ("Plaintiff") filed a Complaint against Defendant Raymond Mazzei, individually and doing business as Furiouso Farm ("Defendant") setting forth three causes of action for breach of contract, unjust enrichment, and money had and received. ECF Docket No. ("Dkt.") 1. On May 14, 2018, Defendant filed an Answer. Dkt. 13.

On June 21, 2018, the Court issued a Civil Trial Scheduling Order requiring the parties to participate in a settlement conference no later than December 6, 2018. Dkt. 22. In addition, the parties were ordered to file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions, and any help the Court may provide with regard to settlement negotiations "**not later than seven (7) days after** the settlement conference." Id. at 4:16-19 (emphasis in original).

The parties' Joint Report was, thus, due on December 13, 2018. The parties have failed to file a Joint Report. The parties are therefore in violation of the June 21, 2018 Order.

Consequently, under Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for lack of prosecution or for failure to comply with any court order. See Fed. R. Civ. P. 41(b). However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain his failure to file the required report as directed by this Court's June 21, 2018 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including December 26, 2018** to respond to this Order.  Plaintiff may discharge this Order to Show Cause by filing the required Joint Report **by December 26, 2018**.

**Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**