JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIF FAHID AL OWAIDAH, | Case No. EDCV 18-246-KK |
|       Plaintiff, | |
| v. | JUDGMENT |
| RAYMOND MAZZEI, ET AL., | |
|       Defendant(s). | |

    Pursuant to the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Raymond Mazzei and the above-captioned action is DISMISSED with prejudice.

Dated: January 27, 2020

HONORABLE KENLY KIYA KATO
United States Magistrate Judge